UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JACK A. JAMES,

       Plaintiff,

       v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

       Defendant.

Civil No. 07-6350-HA

JUDGMENT

HAGGERTY, Chief Judge:

    Pursuant to sentence four of 42 U.S.C. § 405(g), the decision of the Commissioner must be REVERSED and REMANDED FOR FURTHER PROCEEDINGS.

    IT IS SO ORDERED.

    DATED this __14__ day of November, 2008.

                                     /s/ ANCER L. HAGGERTY
                                       ANCER L. HAGGERTY
                                      United States District Judge

1- JUDGMENT