FILED'09 JAN 08 15:45USDC-ORP

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JACK A. JAMES,

    Plaintiff,

v.

    Civil No. 07-6350-HA

    ORDER

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

HAGGERTY, Chief Judge:

Before the court is plaintiff's Stipulated Application for Fees Pursuant to the Equal Access to Justice Act [20].

Therefore, the court awards plaintiff attorney fees in the amount of $6,548.62 to be paid to plaintiff in care of plaintiff's attorney and mailed to plaintiff's attorney at PO Box 98, Summertown, TN 38483.

IT IS SO ORDERED.

DATED this 8 day of January, 2009.

                Ancer L. Haggerty
                United States District Court

1- ORDER